# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

The C.W. Zumbiel Company,
    Plaintiff

v.                                    Case No.  1:07-cv-669

Thiele Technologeis,Inc.,
    Defendant

# ORDER

This matter is before the Court on Defendant's Motion for Admission of attorney Richard M. Elias (Doc. 25).

**IT IS ORDERED** that the Motion is **GRANTED** and attorney Richard M. Elias is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: July 1, 2008                      s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Chief Judge
                                            United States District Court